**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA D.,[1] | Case No. 2:23-cv-08567-MAA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

///
///
///
///

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1     **IT IS HEREBY ADJUDGED** that the decision of the Commissioner of

2 Social Security is reversed and that this matter is remanded for further

3 administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

5 DATED: November 19, 2024     _____

6                               HONORABLE MARIA A. AUDERO
                              UNITED STATES MAGISTRATE JUDGE