Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELA D., | ) |
| | ) CASE NO.: 2:23-cv-08567-MAA |
| Plaintiff, | ) |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED FIFTY DOLLARS AND 00/100 ($3,950.00) and no costs subject to the terms of the stipulation.

DATED: November 27, 2024

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-